IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO VENTURA, C60843,  )<br>　　　　　　Petitioner,　　　　　) <br>　vs.　　　　　　　　　　　　　　) <br>ANTHONY HEDGPETH, Warden,　) <br>　　　　　　Respondent.　　　　) <br>_____) | No. C 12-2864 CRB (PR)<br><br>ORDER OF TRANSFER |

　　　　Petitioner seeks federal habeas review of a conviction from Orange County Superior Court, which lies within the venue of the Central District of California, Southern Division. See 28 U.S.C. § 84(c)(3). Petitioner is incarcerated at Salinas Valley State Prison in Monterey County, which lies within the venue of the Northern District of California. See id. § 84(a).

　　　　Venue is proper in a habeas action in either the district of confinement or the district of conviction, see id. § 2241(d); however, petitions challenging a conviction preferably are heard in the district of conviction. See Habeas L.R. 2254-3(a); Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

　　　　Because Orange County lies in the Central District of California, Southern Division, the court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Central District of California, Southern Division.

　　　　The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: June 7, 2012

　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\CRB\HC.12\Ventura, J.12-2864.transfer.wpd